STATE OF NEW JERSEY v. PHILLIP CUNNINGHAM.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. JANIQUE BROWN.

September 20, 1976. Petition for certification denied.

RICHARD C. HAMILTON v.
RUTGERS, THE STATE UNIVERSITY.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT NELSON HOLMES.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS MUTI.

September 20, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM A. MILLER.

September 20, 1976. Petition for certification denied.